# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11437

_____

FEDERAL ELECTION COMMISSION,

                                                 Plaintiff-Appellee,

*versus*

DAVID RIVERA,

                                                 Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:17-cv-22643-MGC

_____

JUDGMENT

ISSUED AS MANDATE 9/26/2024

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 1, 2024

For the Court: DAVID J. SMITH, Clerk of Court

**ISSUED AS MANDATE 9/26/2024**